August 7, 1969

Amato, Appellant, *v.* Kessner & Rabinowitz, Inc.

Argued June 10, 1969. *James P. Coho,* for appellant; *Paul A. Mueller, Jr.,* with him *Barley, Snyder, Cooper & Mueller,* for appellees.

Order affirmed.

American Bank and Trust Company of Pennsylvania *v.* Wanner, Appellant.

Argued June 10, 1969; reargument refused August 22, 1969. *John P. Wanner,* appellant, in propria persona; *Raymond K. Hess,* with him *Bingaman, Hess, Coblentz and Bell,* for appellee.

Order affirmed.